450 A.2d 227

Morena, Appellant v. South Hills Health System et al.
Petition for Allowance of Appeal
Granted Dec. 2, 1982.

 Argued February 10, 1982. Alan L. Carb, for appellant; Barbara Clemons, for South Hills, et al., appellees; and John George Shorall, for McDoodle et al., appellees.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment affirmed.

BROSKY, J., filed a memorandum dissenting opinion.